# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PIERRE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>K. HARRINGTON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00277-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 10 and 11)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

Plaintiff Shawn Pierre Johnson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. §§ 1983, 1985(3), and 1986 on February 12, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2011, a Findings and Recommendations was filed in which the Magistrate Judge screened Plaintiff's Second Amended Complaint and recommended dismissal of the action for failure to state a claim. 28 U.S.C. § 1915A. Plaintiff was notified that his Objection, if any, was due within thirty days. Plaintiff did not file an Objection or otherwise respond to the Findings and Recommendations.

///

///

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on January 26, 2011, in full;
2. This action is dismissed, with prejudice, for failure to state a claim;
3. The Clerk of the Court shall enter judgment against Plaintiff; and
4. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   March 10, 2011**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE